IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ZUST BACHMEIER OF SWITZERLAND, INC. | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: WMN-02-574 |
| S&P TRADING INTERNATIONAL | * | |
| SIMON MAEV | * | |
| S&P INTERNATIONAL | * | |
| Defendants | * | |

\* \* \* \* \* \*

**ORDER**

Plaintiff having failed to serve the summons and complaint upon the defendants **S&P Trading International; Simon Maev; and S&P International** within 120 days after the filing of the complaint, it is, this  24th  day of  June  2002,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                                      _____
William M. Nickerson
Senior United States District Judge