**GREBER & SIMMS**
A Partnership of Professional Corporations



JUL 8 2002

J. STEPHEN SIMMS, P.C.
JSSIMMS@GSLAW.COM

**SENIOR JUDGE WILLIAM M. NICKERSON**

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL -8  P 2: 30

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

July 8, 2002

**BY HAND**

Hon. William M. Nickerson
Senior United States District Judge
U.S. District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    **Zust Bachmeier v. S&P Trading International, et al.**
            **Civil Action No. WMN-02-574**

Dear Judge Nickerson:

      We are counsel for Zust Bachmeier and write in response to the Court's June 24th Order.

      Zust Bachmeier has had difficulty serving the defendants. Defendants Maev and S&P Trading International now apparently are located in Toronto, Ontario, not Buffalo, and Zust Bachmeier has hired a process server in Toronto to serve them there. S&P Trading is located in Moscow; because of the difficulties of service of process there, Zust Bachmeier has filed a notice of dismissal of that defendant (so that, only defendants Maev and S&P Trading International remain in the case).

      Zust Bachmeier therefore respectfully requests that this Court permit it an additional 30 days to serve defendants Maev and S&P Trading International, in Toronto. Zust Bachmeier on that service will file a notice of service with the Court, or, if there are further difficulties with service report within 30 days on the status of service on defendants Maev and S&P Trading International.

                                                      Respectfully Submitted,

                                                        J. Stephen Simms

"_APPROVED_" THIS 8th DAY
OF _July_, 20_02_
_____
SENIOR UNITED STATES DISTRICT JUDGE

TWENTY SOUTH CHARLES STREET • SUITE 702 • BALTIMORE, MARYLAND 21201
Telephone 410.783.5795 • Facsimile 410.783.1368 • URL www.gslaw.com
Offices also in Frederick, Maryland