IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| Zust Bachmeier of Switzerland, Inc. | * | |
| Plaintiff, | * | Civil Action No. WMN 02-574 |
| v. | * | |
| S&P Trading International, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \*

**NOTICE OF DISMISSAL**

To the Clerk:

Plaintiff Zust Bachmeier hereby notes the dismissal of defendant S&P International, **without prejudice**. Defendants Simon Maev and S&P International Trading remain parties to this case.

Dated: July 1, 2002.

_____
J. Stephen Simms (#4269)
W. Charles Bailey, Jr. (#23580)
Greber & Simms
20 S. Charles Street
Suite 702
Baltimore, Maryland 21201
(410) 783-5795

Counsel for Zust Bachmeier

"APPROVED" THIS 10th DAY OF July, 2002
_____
SENIOR UNITED STATES DISTRICT JUDGE

