IN ...E UNITED STATES DISTRICT COU..i
FOR THE DISTRICT OF MARYLAND

ZUST BACHMEIER OF
SWITZERLAND

      Plaintiff           *

    v.                          *          Civil Action No.: WMN-02-574

S&P TRADING INTERNATIONAL      *

      Defendant      *

******

## ORDER

The court file reflecting that service of process has been effected upon the above named defendant and that defendant has not yet filed any response to the Complaint, it is, this _21st_ day of ___August___, 2002.

ORDERED that plaintiff file and serve by mail on the above named defendant, **S&P Trading International,** a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within _14_ days of this order.

_William M. Nickerson_
William M. Nickerson
Senior U. S. District Judge