IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ZUST BACHMEIER OF SWITZERLAND, INC. | * | |
| Plaintiff | * | |
| v. | | CIVIL NO. WMN-02-574 |
| | * | |
| S&P TRADING INTERNATIONAL | * | |
| Defendant | | |

\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT BY DEFAULT

It appearing from the records in the above-entitled action that an entry of default for want of answer or other defense was made on September 4, 2002, as to defendant **S&P Trading International** for failure of said defendant to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that defendant was properly served on July 9, 2002; therefore, it is this 17th day of September, 2002, by the United States District Court for the District of Maryland,

ORDERED and ADJUDGED that judgment by default be and the same hereby is entered in favor of plaintiff **Zust Bachmeier of Switzerland, Inc.** against defendant **S&P Trading International** in the amount of $155,454.38, plus costs (filing fee) of $150.00 in the total amount of **$155,604.38**.

William M. Nickerson
Senior United States District Judge