IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ZUST BACHMEIER OF SWITZERLAND, INC. | * |
| Plaintiff | * |
| v. | Case No.: WMN02CV574 |
| S&P TRADING INTERNATIONAL, et. al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Maev's Motion to Dismiss, and any opposition thereto, it is this 17th day of September, 2002

ORDERED that the Motion is GRANTED and the above-captioned case is hereby dismissed

1) for lack of personal jurisdiction over Defendant Maev;

2) for failure to state a claim upon which relief may be granted against Defendant Maev individually.

_____
Judge, United States District Court
for the District of Maryland

COM: 15169: v. 1